IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILDCAT MFG. CO. INCORPORATED<br>a Delaware Corporation | Civ. 07-4131 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS ITS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| v. | |
| DIESEL MACHINERY, INC.<br>a South Dakota Corporation | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:
Michael P. Healy
Healy Law Firm, LLC
2600 City Center Square
1100 Main St
Kansas City , MO 64105

## NOTICE

PLEASE TAKE NOTICE that Plaintiff, Wildcat Mfg. Co. Incorporated, through its counsel, Quarles & Brady LLP, will bring the following motion to be heard before the Honorable Lawrence L. Piersol in his courtroom at a date and time to be set by the Court.

## MOTION

PLAINTIFF HEREBY MOVES this Court for an Order, pursuant to Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss its Complaint for Declaratory

QB\8228339.1

Judgment against Diesel Machinery, Inc. This motion is supported by the accompanying Plaintiff's Brief In Support Of Motion To Voluntarily Dismiss Its Complaint Pursuant To Fed. R. Civ. P. 41(a)(2) attached hereto.

Dated this 22 day of June, 2009.

*Thomas K. Wilka*

Thomas K. Wilka
Hagen, Wilka & Archer
P.O. Box 964
Sioux Falls, SD 57101
(605) 334-0005

Daniel M. Janssen
Quarles & Brady LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee WI 53202-4497
(414) 277-5000

Attorneys for Plaintiff,
Wildcat Mfg. Co. Incorporated