IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILDCAT MFG. CO. INCORPORATED<br>a Delaware Corporation<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIESEL MACHINERY, INC.<br>a South Dakota Corporation<br><br>　　　　　Defendants. | Civ. 07-4131<br><br>**STIPULATION AND PROPOSED<br>ORDER FOR DISMISSAL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

　　　　IT IS hereby stipulated and agreed between Plaintiff, Wildcat Mfg. Co. Incorporated. ("Wildcat"), by its attorneys, Hagen, Wilka & Archer, LLP, and Quarles & Brady, LLP, and Defendant, Diesel Machinery, Inc. ("DMI"), by its attorneys, The Healy Law Firm, L.L.C., that:

　　　　1.　　This action shall be dismissed on the merits with prejudice;

　　　　2.　　Wildcat will reimburse DMI for the full amount of DMI's court reporter costs and filing fees. However, in no event shall Wildcat reimburse DMI for a sum greater than $700.

Dated this 24th day of July, 2009.

Thomas K. Wilka

*/s/ Thomas K Wilka*

Hagen, Wilka & Archer
P.O. Box 964
Sioux Falls, SD 57101
(605) 334-0005

Daniel M. Janssen
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497
(414) 277-5000

Attorneys for Plaintiff,
Wildcat Mfg. Co. Incorporated

Dated this 23 day of July, 2009.

Michael P. Healy

*/s/ Michael Healy*

The Healy Law Firm, L.L.C.
1100 Main Street
2600 City Center Square
Kansas City, MO 64105
(816) 472-8800

Attorneys for Defendant,
Diesel Machinery, Inc.

IT IS ORDERED that:

1. The above-captioned case is hereby dismissed on the merits with prejudice;

2. Wildcat will reimburse DMI for the full amount of DMI's court reporter costs and filing fees. However, in no event shall Wildcat reimburse DMI for a sum greater than $700.

Dated this _____ day of July, 2009.

BY THE COURT:

_____

The Honorable Lawrence L. Piersol