UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUL 27 2009


CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| WILDCAT MFG. CO. INCORPORATED, a Delaware Corporation, | \* | CIV 07-4131 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| DIESEL MACHINERY, INC., a South Dakota Corporation, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation for Dismissal, Doc. 22, it is hereby,

ORDERED, ADJUDGED AND DECREED:

1. That the Complaint of the Plaintiff is hereby dismissed upon the merits and with prejudice.

2. That Wildcat will reimurse DMI for the full amount of DMI's court reporter costs and filing fees, in a sum not to exceed $700.00.

Dated this __ day of July, 2009.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY